|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| WESTERN DISTRICT OF WASHINGTON | |
| AT SEATTLE | |

| | |
|---|---|
| MARIA GREEN and WALTER GREEN, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC., a foreign profit corporation; and JOHN and JANE DOES 1-10, Walmart Store Managers and Employees,<br><br>Defendants. | Civil Action No. 2:21-cv-00394<br><br>DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO U.S.C. SECTIONS 1332, 1441, AND 1446 |

TO:    CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON

AND TO:    PLAINTIFFS' COUNSEL OF RECORD

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Walmart, Inc. ("Walmart") hereby removes this action from the Superior Court of the State of Washington in and for the County of King to the United States District Court for the Western District of Washington.

**I.    STATEMENT AND GROUNDS FOR REMOVAL**

1. On or about February 24, 2021, Plaintiffs filed a lawsuit in King County Superior Court entitled *Maria Green and Walter Green v Walmart, Inc., and J. Does 1-10*, *Walmart Store Managers and Employees* cause number 21-2-02543-5 KNT (the "State Court Action"). *Declaration*

*of Colin J. Troy in Support of Walmart, Inc.'s Notice of Removal* at ¶ 2, Ex. A. Plaintiffs served Walmart with a copy of the Summons and Complaint on February 25, 2021. *Id.* at ¶ 4, Ex. B. Plaintiffs claim that as a result of Walmart's negligence, plaintiff Maria Green suffered severe and diverse physical, mental, and emotional injuries which are permanent and painful and plaintiff Walter Green suffered a loss of consortium. *Id.* at ¶ 9, Ex. A. Therefore, the amount in controversy appears to be in excess of $75,000. *Id.* at ¶ 9.

2. The documents attached to the *Declaration of Colin J. Troy in Support of Walmart, Inc.'s Notice of Removal* as Exhibit A constitute all of the pleadings filed in the State Court Action. Walmart represents that, apart from the materials attached to the *Declaration of Colin J. Troy in Support of Walmart, Inc.'s Notice of Removal* as Exhibit A, it has received no other process, pleadings, motions or orders in this action.

3. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332. There is complete diversity of citizenship between the parties because plaintiffs are residents of King County, Washington. *See id,* Ex. A. Defendant Walmart is a Delaware corporation with headquarters located in Bentonville, Arkansas. *Id.*, Ex. C.

4. Walmart reserves the right to amend or supplement this Notice of Removal.

5. Should plaintiffs file a motion to remand this case, Walmart respectfully requests the opportunity to respond more fully in writing, including the submission of affidavits or other authority.

6. By filing this *Notice of Removal*, Walmart does not waive, and expressly reserves, all defenses available under Rule 12 of the Federal Rules of Civil Procedure.

## II.   INTRADISTRICT ASSIGNMENT

7. This claim is pending in the county of King, Washington, and assignment to a judge in Seattle is appropriate.

## III.   NOTICE TO THE STATE COURT AND PROPER FILING OF RECORDS

**1**       8.     A notice of the filing of this *Notice of Removal* and a true copy of this *Notice of Removal* will be filed with the Clerk of the Superior Court of the State of Washington in and for the County of King as required by 28 U.S.C. § 1446(d).

      9.     Copies of all records and proceeding in the state court together with the *Declaration of Colin J. Troy in Support of Walmart, Inc.'s Notice of Removal* verifying that they are true and complete copies of all the records and proceedings in the State Court Action are filed concurrently with this *Notice*.

      WHEREFORE, Walmart requests that this case currently pending in the Superior Court be placed on the docket of the United States District Court for the Western District of Washington.

DATED: March 23, 2021             WOOD, SMITH, HENNING & BERMAN LLP

                        s/Colin J. Troy
Colin J. Troy, WSBA #46197
ctroy@wshblaw.com
Philip B. Grennan, WSBA #8127
pgrennan@wshblaw.com
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
Phone 206-204-6800
Attorneys for Walmart Inc.

DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO U.S.C. SECTIONS 1332, 1441, AND 1446 - 3

WOOD, SMITH, HENNING & BERMAN LLP
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2021, I electronically filed DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO U.S.C. SECTIONS 1332, 1441 AND 1446 with the Clerk of the Court using the CM/ECF.

I hereby certify that the following have been served via CM/ECF electronic service:

**ATTORNEY FOR PLAINTIFFS:**
Samuel J. Daheim
Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA  98403
Email: sdaheim@connelly-law.com

DATED this 23rd day of March, 2021.

       /s/Keaton McKeague
Keaton McKeague
kmckeague@wshblaw.com

20530746.1:10366-0169

DEFENDANT WALMART, INC.'S NOTICE OF REMOVAL OF ACTION PURSUANT TO U.S.C. SECTIONS 1332, 1441, AND 1446 - 4

**WOOD, SMITH, HENNING & BERMAN LLP**
520 Pike Street, Suite 1525
Seattle, Washington 98101-4001
206-204-6800