1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ØŒŠÒÖ
GŒGFÁŒÒÓÁGIÁFFKÁJÁŒT
SŒÕÁÔUWÞVŸ
ÙWÚÒÜQJÜÁÔUWÜVÁÔŠÒÜS
ÒËŒŠÒÖ
ÔŒŒÙÒÁ^KÁGFEGIÁIHÊÁ^SÞV

SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR KING COUNTY

MARIA GREEN and WALTER GREEN,
individually and the marital community
composed thereof,

              Plaintiffs,

v.

WALMART, INC., a foreign profit corporation;
and JOHN and JANE DOES 1-10, Walmart
Store Managers and Employees,

              Defendants.

No.

**COMPLAINT**

COME NOW Plaintiffs, by and through their attorney of record, Samuel J. Daheim,

avers and alleges as follows:

## I.   PARTIES

1.1   Plaintiffs, Maria Green and Walter Green are now, and were at all times relevant

herein, a married couple both over the age of eighteen and were residents of King County,

Washington. All allegations herein are made on behalf of and for the benefit of the marital

community.

COMPLAINT - 1 of 5

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1    1.2    Defendant, WALMART, INC., is a foreign for-profit corporation and national

2    superstore headquartered in Bentonville, AR, with branches across the United States including

3    a branch located in Federal Way, Washington where Plaintiff, Maria Green was injured. The

4    Notice of Process address for this branch is CT Corporation System, 711 Capitol Way S.,

5    Suite 204, Olympia, WA 98501.

6    1.3    Defendant WALMART had a duty of reasonable care for business invitees of its

7    premises.

8    1.4    Defendants, John and Jane Does 1-10 are Walmart employees and managers who were

9    working at the location in Federal Way, WA on April 15, 2019 and who failed to monitor and

10    maintain its premises in a reasonably safe condition for business invitees, namely, Plaintiffs

11    Maria and Walter Green. On information and belief, John and Jane Does are residents of King

12    County, WA or surrounding Washington counties.

13                          **II.    JURISDICTION AND VENUE**

14    2.1    This court has original subject matter jurisdiction pursuant to the Constitution of the

15    State of Washington, Art. 4, § 6.

16    2.2    Venue is proper in King County pursuant to RCW 4.12.020 as the vents giving rise to

17    this action occurred in King County.

18                                **III.    FACTS**

19    3.1    Defendant Walmart operated the Federal Way, WA location and solicits the public and

20    its customers to come into the store. Walmart has a profit incentive to bring in as many

21    customers as possible while cutting costs on ensuring its floors are clean and premises

22    maintained in reasonably safe conditions for its customers.

23    3.2    On April 15, 2019, Defendant failed to inspect the condition of the floors near the

COMPLAINT - 2 of 5                          **CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1  checkout area leaving a slippery, clear substance in a puddle with no warning sign. Liquid on

2  floors is a known slipping hazard, requiring parties to inspect and maintain, and/or put a

3  hazard sign indicating "Wet Floor".

4  3.3   Defendant failed to inspect and maintain the premises and to provide proper warning

5  of a potentially dangerous environment therefore choosing to expose its patrons and invitees

6  to the known and unreasonable risks of a dangerous, slippery puddle of liquid.

7  3.4   Plaintiffs, Maria and Walter Green are customers of Defendant Walmart. On April 15,

8  2019, they were business invitees of the store, when Plaintiff Maria Green slipped on a

9  concealed, unmarked, clear liquid on the floor near the checkout area. Maria fell and hit her

10  head on the hard tile floor and sustained a concussion among many other severe and

11  permanent injuries.

12  3.5   Plaintiffs reported the incident to Walmart personnel and a customer incident report

13  was completed.

## IV.   CAUSE OF ACTION: NEGLIGENCE

15  4.1   Plaintiffs re-assert the allegations in paragraphs 1.1 through 3.5 above as if fully

16  rewritten herein.

17  4.2   Defendant had a duty to take reasonable care to avoid subjecting its patron to

18  unreasonable risks of harm.

19  4.3   Defendant was, or reasonably should have been aware that a clear slippery substance

20  on the floor near its heavily trafficked checkout area subjected its patrons to an unreasonable

21  risk of harm.

22  4.4   Defendant breached its duty when it negligently failed to inspect, monitor, and

23  maintain and/or failed to warn its patrons of a wet floor at its Federal Way, WA location.

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1    4.5    Defendant breached this duty by requiring its patrons to walk through unmarked and

2    conspicuous puddles of liquid near its checkout area.

3    4.6    Defendant breached this duty by failing to warn its patrons of the dangerous and

4    slippery condition of the floor.

5    4.7    Defendant's breach of duty was the direct cause in fact and proximate cause of the

6    damages to Plaintiffs Maria Green and Walter Green.

**V.    DAMAGES**

8    5.1    Because of the actions, omissions, and negligence of Defendant Walmart, Plaintiff

9    Maria Green suffered severe and diverse physical, mental, and emotional injuries which are

10    permanent and painful, and which have and will, in the future, require medical care, attention,

11    and treatment. Plaintiff has also suffered anxiety, fear, medical expenses, and loss of

12    enjoyment of life among other damages and losses.

13    5.2    Further, due to the actions, omission, and negligence of Defendant, Plaintiff Walter

14    Green, suffered a loss of consortium and services of his wife, as well as anxiety, fear, and a

15    loss of enjoyment of life among other damages and losses.

16    5.3    All of said damages, along with other general damages, will be proven with specificity

17    at the time of trial.

**VI.    PRAYER FOR RELIEF**

19    WHEREFORE, Plaintiffs pray for judgment against Defendants, Walmart, Inc., and

20    Jone and Jane Does, jointly and severally, as follows:

21    (1)    For such special damages as shall be established at time of trial herein;

22    (2)    For such general damages as shall be established at time of trial herein;

23    (3)    For such attorneys' fees, interest, costs, and such other and further relief as the

COMPLAINT - 4 of 5

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1    Court deems just under the circumstances of this case.

2

3

4

5    DATED this 24th day of February, 2021.

6                              CONNELLY LAW OFFICES, PLLC

7           By_____

8              Samuel J. Daheim, WSBA No. 52746
               *Attorney for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

COMPLAINT - 5 of 5                        **CONNELLY LAW OFFICES, PLLC**

2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax